Andrew W. Stavros (8615)
**STAVROS LAW P.C.**
8915 South 700 East, Suite 202
Sandy, Utah 84070
Tel: (801) 758-7604
Fax: (801) 893-3573
andy@stavroslaw.com

*Attorney for Plaintiff Christine Daimaru*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CHRISTINE DAIMARU, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WAYFAIR, LLC, a Delaware limited liability company, and WAYFAIR OF DELAWARE, INC., a Delaware corporation,<br><br>Defendant. | **PLAINTIFF'S APPENDIX OF EXHIBITS FOR PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Case No. 2:21-cv-00660<br><br>Judge: Jill N. Parrish<br><br>Magistrate Judge: Cecilia M. Romero |

Pursuant to DUCivR 56-1(b)(5), Plaintiff Christine Daimaru, by and through her counsel of records hereby submits this Appendix of Exhibits in support of her Memorandum in Opposition to Defendants' Motion for Summary Judgment.

### APPENDIX OF EXHIBITS

| PLAINTIFF'S EXHIBIT NO. | DESCRIPTION |
|---|---|
| 1 | Wayfair Employee Guide, WAYFAIR000435 – WAYFAIR000494 |
| 2 | Deposition of Michael O'Day |
| 3 | Winter 2018 Performance Review, WAYFAIR000954 |
| 4 | Winter 2019 Performance Review, WAYFAIR000955 – WAYFAIR000956 |
| 5 | Christine Daimaru Declaration |
| 6 | Time Off and Leave Request Log, WAYFAIR000069 – WAYFAIR000070 |
| 7 | Email correspondence between Daimaru and HR, WAYFAIR000967 |

| | |
|---|---|
| 8 | 2018 Daimaru's Physician's FMLA Leave Certification WAYFAIR001366- WAYFAIR001369 |
| 9 | Wayfair's FMLA Approval Notice, Aug. 15, 2018, WAYFAIR001370 |
| 10 | Wayfair Offer Letter to Daimaru, WAYFAIR000013 – WAYFAIR000015 |
| 11 | 2017 Winter Performance Review, WAYFAIR000953 |
| 12 | 2019 Daimaru's Physician's FMLA Leave Certification, PLAINTIFFS DISCLOSURES000273 – PLAINTIFFS' DISCLOSURES000276 |
| 13 | 2019 FMLA Approval Notice, March 26, 2019, WAYFAIR000351 |

DATED this 4th day of April, 2022.

                                         **/s/ Andrew W. Stavros**
                                         Andrew W. Stavros
                                         STAVROS LAW P.C.
                                         *Attorney for Plaintiff Christine Daimaru*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of April, 2022, I delivered a true and correct copy of the foregoing **PLAINTIFF'S APPENDIX OF EXHIBITS FOR PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** by the District Court's electronic filing notification system:

Rick D. Roskelley
Ethan D. Thomas
LITTLER MENDELSON, P.C.
222 Main Street, 5th Floor
Salt Lake City, Utah 84101
rroskelley@litter.com
edthomas@littler.com
*Attorneys for Defendants*

                                                **/s/ Jessika Clayton**