Rick D. Roskelley, Utah Bar #7772
rroskelley@littler.com
Ethan D. Thomas, Utah Bar # 15751
edthomas@littler.com
LITTLER MENDELSON P.C.
222 Main Street
5th Floor
Salt Lake City, UT 84101
Telephone:     801.401.8312
Fax No.:        702.995.0148

Attorneys for Defendants
WAYFAIR, LLC., AND WAYFAIR OF
DELAWARE, INC.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| CHRISTINE DAIMARU, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WAYFAIR, LLC, a Delaware limited liability company, and WAYFAIR OF DELAWARE, INC., a Delaware corporation,<br><br>Defendants. | Case No. 2:21-cv-00660-JNP-CMR<br><br>**MEMORANDUM OF COSTS**<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge: Cecilia M. Romero |

Defendants WAYFAIR, LLC and WAYFAIR OF DELAWARE, INC. (collectively "Wayfair" or "Defendants"), by and through their attorneys of record, Littler Mendelson P.C., respectfully submits its Memorandum of Costs pursuant to 28 U.S.C. §§ 1920, 1924 and DUCivR 54-2.

**MEMORANDUM**

On February 7, 2022, Defendants filed a Motion for Summary Judgment **[ECF No. 25]** which sought summary judgment on the merits of Plaintiff's claim of violation of the FMLA. On September 26, 2022, the Court granted Defendants' Motion for Summary Judgment. **[ECF No.**

1

51]. Judgment on the remaining claim was entered in favor of Defendants on that same day. **[ECF No. 52]**. Pursuant to 28 U.S.C. § 1924, the following is a summary of the reasonable and necessary costs and fees incurred by Defendants in defending against and defeating Plaintiff's claim. Each item is correct and the services for which fees have been charged were actually and necessarily performed. The total taxable cost is $990.65, which is distinctly itemized as follows with true and correct copies attached hereto.

**28 U.S.C. § 1920 (2) – Printed or Electronically Recorded Transcripts**

| Cost Description | Invoice | Amount | Exhibit No. |
|---|---|---|---|
| Transcript of Christine Daimaru's Deposition Recorded by Citicourt | 99560 | $724.40 | 1 |
| Transcript of Michael O'Day's Deposition | 207596 | $266.25 | 2 |

The above costs and disbursements expended are true and correct to the best of my knowledge and belief, and the said disbursements have been paid in this matter.

## CONCLUSION

Accordingly, Defendants respectfully request that the costs itemized in their Bill of Costs be taxed in their entirety.

Dated: October 10, 2022

*Rick D. Roskelley*

RICK D. ROSKELLEY, ESQ.
ETHAN D. THOMAS, ESQ.
LITTLER MENDELSON P.C.
*Attorneys for Defendants WAYFAIR, LLC., and WAYFAIR OF DELAWARE, INC.*

## **PROOF OF SERVICE**

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 3960 Howard Hughes Parkway, Suite 300, Las Vegas, NV 89169. I hereby certify that I electronically transmitted the attached document **MEMORANDUM OF COSTS** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed and emailed a copy of same to the following if non-registrants, this 10th day of October, 2022 to:

>Andrew W. Stavros
>Austin B. Egan
>**STRAVROS LAW, P.C.**
>8915 South 700 East, Suite 202
>Sandy, Utah 84070
>andy@stavroslaw.com
>austin@stavroslaw.com

>*Attorneys for Plaintiff*

I declare under penalty of perjury that the foregoing is true and correct. Executed on 10th day of October, 2022, at Las Vegas, Nevada.

>*/s/ Maribel Rodriguez*
>Maribel Rodriguez

4871-9718-2518.1 / 099173-1021